IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 05-cv-02640-EWN-MEH

FEB 2 8 2006

ERNEST LANGSTON SMITH,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

SGT. TORRES, Correctional Officer, T.C.F. Facility of the Colorado Dept. Of
      Corrections, Indivually [sic] and in her Offical [sic] Capacity,
LT. MOTANO, Correctional Officer, Colorado Dept. Of Correction, Indivual [sic] and
      Offical [sic] Capacity, T.C.F. Facility,
CAPTIAN [sic] PEACHEE,  Correctional Officer, Colorado Dept. Of Correction, Indivual
      [sic] and Offical [sic] Capacity, T.C.F. Facility,
MAJOR PHILPOT, Correctional Officer, Colorado Department Of Correction, T.C.F.
      Facility, Indivual [sic] and his Offical [sic] Capacity,
WARDEN HARLEN, is Warden of T.C.F. Facility of the Colorado Dept. of Correction, in
      his Indivual [sic] and Offical [sic] Capacity, and
JOE ORTIZ, is the Executive Director of the Colorado Dept. of Corrections, in his
      Indivual [sic] and in his Offical [sic] Capacity,

Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants.  If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. Civ. P.

4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.


Dated: February 24, 2006

BY THE COURT:


s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02640-EWN-MEH

Ernest Langston Smith
Prisoner No. 107195
Delta Corr. Center
4102 Sawmill Mesa Road
Delta, CO 81416

Sgt. Torres, Lt. Moreno,
Captain Peachee, Major Philpot,
Warden Harlen, and Joe Ortiz – WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

John Suthers, Attorney General
Office of the Attorney General
c/o Laurie Booras, Assistant Attorney General
COURTESY COPY

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst and Laurie Booras for process of service on Sgt. Torres, Lt. Moreno, Captain Peachee, Major Philpot, Warden Harlen, and Joe Ortiz: AMENDED COMPLAINT FILED 1/19/06, SUMMONS, WAIVER, AND CONSENT FORM on 2/28/06 ___.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk