IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02640–EWN–MEH

ERNEST LANGSTON SMITH,

     Plaintiff,

v.

SGT. TORRES, Correctional Officer, T.C.F. Facility of the Colorado Dept. of Corrections, indivually [sic] and her offical [sic] capacity,
LT. MONTANO, Correctional Officer, T.C.F. Facility of the Colorado Dept. of Corrections, indivually [sic] and her offical [sic] capacity,
CAPTIAN [sic] PEACHEE, Correctional Officer, T.C.F. Facility of the Colorado Dept. of Corrections, indivually [sic] and her offical [sic] capacity,
MAJOR PHILPOT, Correctional Officer, T.C.F. Facility of the Colorado Dept. of Corrections, indivually [sic] and her offical [sic] capacity,
WARDEN HARLEN, is Warden of T.C.F. Facility of the Colorado Dept. of Correction in his indivual [sic] and offical [sic] capacity, and
JOE ORTIZ, is the Executive Director of the Colorado Dept. of Corrections, in his indivual [sic] and in his offical [sic] capacity,

     Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation for Denial of Request for Default" filed May 9, 2006.  No party has objected to the recommendation.  I have conducted the requisite *de novo* review of the issues, the record, and the recommendation.  Based on this review, I have concluded that the recommendation is a correct application of the facts and the law.  Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Plaintiff's request for default judgment (#21, filed May 3, 2006) is DENIED.

DATED this 5th day of June, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge