IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02640–EWN–MEH

ERNEST LANGSTON SMITH,

    Plaintiff,

v.

SGT. TORRES, Correctional Officer, T.C.F. Facility of the Colorado Dept. of
Corrections, indivually [sic] and her offical [sic] capacity,
LT. MONTANO, Correctional Officer, T.C.F. Facility of the Colorado Dept. of
Corrections, indivually [sic] and her offical [sic] capacity,
CAPTIAN [sic] PEACHEE, Correctional Officer, T.C.F. Facility of the Colorado Dept. of
Corrections, indivually [sic] and her offical [sic] capacity,
MAJOR PHILPOT, Correctional Officer, T.C.F. Facility of the Colorado Dept. of
Corrections, indivually [sic] and her offical [sic] capacity,
WARDEN HARLEN, is Warden of T.C.F. Facility of the Colorado Dept. of Correction in
his indivual [sic] and offical [sic] capacity, and
JOE ORTIZ, is the Executive Director of the Colorado Dept. of Corrections, in his
indivual [sic] and in his offical [sic] capacity,

    Defendants.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

    This matter is before the court on the "Recommendation for Dismissal" filed August 11, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendants' Motion to Dismiss Plaintiff's Complaint (#25) is GRANTED in part with regard to the issues of Eleventh Amendment immunity and exhaustion, and DENIED in part as moot with regard to the remaining arguments.

3. This action is dismissed with prejudice against Defendants in their official capacities, and without prejudice against Defendants in their individual capacities, based upon Plaintiff's failure to exhaust his administrative remedies.

DATED this 12th day of September, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge